■ TRYGVE G. PEDERSEN, Appellant, v. BOARD OF EDUCATION OF THE CENTRAL SCHOOL DISTRICT No. 2 et al., Respondents.— In an action to recover damages for personal injuries sustained by plaintiff as a result of his fall from a scaffold when it was struck by a falling vertical air duct, the plaintiff appeals from a judgment of the Supreme Court, Nassau County, rendered January 8, 1959, after a jury trial, which dismisses his complaint as against all the defendants. Judgment affirmed, without costs. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.